## In re BLEWITT.

*(Supreme Court, General Term, First Department.  April 14, 1892.)*

INSANITY—PETITION TO VACATE PROCEEDINGS.
    A petition by a person who has been adjudged a lunatic, to set aside such adjudication, will be dismissed where petitioner refuses to submit himself to the jurisdiction of the court.

Appeal from special term, New York county.

Petition by James Blewitt to vacate proceedings in which, on the application of Julia Blewitt, he was adjudged insane, and a committee of his person

and property appointed. From an order dismissing all further proceedings under his petition, James Blewitt appeals. Affirmed.

For appeal from order denying motion to vacate the commission, see 16 N. Y. Supp. 305.

Argued before VAN BRUNT, P. J., and O'BRIEN and ANDREWS, JJ.

*Isaac N. Miller,* for appellant. *Lorenzo Semple,* for respondent.

PER CURIAM. It appears from the papers presented upon this appeal that the petitioner, James Blewitt, refuses to submit himself to the jurisdiction of the court. If such refusal arises from his infirm condition of mind, so that he is not responsible therefor, it necessarily follows that there is no necessity for the proceedings which were dismissed for the purpose of examining the question as to his restoration to sanity. If he is sane, then his refusal to submit himself to the jurisdiction of the court prevents his having any right to the equitable intervention of the court in the setting aside of the proceedings by which he was adjudged a lunatic. It therefore necessarily follows that, whether sane or insane, James Blewitt had no right, under the circumstances presented by the papers upon this appeal, to compel the continuance of the proceedings which were dismissed. The order appealed from should therefore be affirmed, with $10 costs and disbursements. All concur.